**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:15-cv-24419-UU

TORIE CROSS,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Petitioner's *pro se* Motion to Vacate, brought

pursuant to 28 U.S.C. § 2255.  D.E. 1.

THE COURT has considered the Motion, the pertinent portions of the record, and is

otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Patrick A. White, who, on February 12, 2016,

issued a Report recommending that the Motion be denied because, *inter alia*, Petitioner moved for

relief under *Johnson v. United States,* 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015)—which held the

"residual clause"[1] in the Armed Career Criminal Act unconstitutionally vague—but was

sentenced based on prior felony convictions for controlled substances offenses, rather than as a

"violent felon." D.E. 25 at 5-7. As such, Petitioner's *Johnson*-based claim failed.  On February

16, 2016, Petitioner timely filed objections. D.E. 26.

Upon *de novo* review of the issues in the Report, the Court agrees with Magistrate Judge

White's recommendation and concurs in all of his findings. Petitioner's objections reassert the

---

[1] The residual clause of the ACCA, in pertinent part, defines a "violent felony" as a crime punishable by imprisonment for more than one year that . . . "*involves conduct that presents a serious potential risk of physical injury to another.*" 18 U.S.C. § 924(e)(2)(B) (emphasis added).

argument in his Motion:  that the holding in *Johnson* extends to § 4B1.2 of the Sentencing

Guidelines. The Report adequately addressed this argument and the Court finds it unnecessary to

duplicate its analysis.  Accordingly it is,

ORDERED AND ADJUDGED that the Report of the Magistrate Judge, D.E. 25, is

RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGED that the Motion, D.E. 1, is DISMISSED.  It is further

ORDERED AN ADJUDGED that a certificate of appealability shall not issue.  It is further

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED

and all pending motions DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of March, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Torie Cross, *pro se*

2